IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZIP-O-LOG MILLS, INC., dba<br>ZIP-O TIMBER CO.,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1123C<br>(Judge Williams) |

**<u>NOTICE OF APPEARNCE</u>**

To the Clerk:

Please enter the appearance of THOMAS B. FATOUROS as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Thomas B. Fatouros
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Dated: July 21, 2004

<u>s/ Thomas B. Fatouros</u>

Thomas B. Fatouros
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-5958
Fax: (202) 305-2118