IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZIP-O-LOG MILLS, INC., dba<br>ZIP-O TIMBER CO.<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1123C<br>(Judge Williams) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 30-day enlargement of time, up to and including October 7, 2004, within which to respond to plaintiff's complaint. The Government's response currently is due on September 7, 2004. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

This request is necessitated by the fact that Government counsel and agency counsel require additional time to formulate the United States' position with respect to this complaint. Due to the demands of the forest fire season and duties related to the end of the budget year, the contracting officer for the United States Forest Service has been unable to assemble the relevant documents in a timely manner. Without a complete set of documents, the United States Forest Service has been unable to complete a litigation report in this matter. See 28 U.S.C. §520. Without the litigation report, the undersigned counsel is unable to respond to the complaint in a substantive manner. See RCFC 11. Accordingly, the United States needs additional time to

respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time, to and including October 7, 2004, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker by Robert E. Kirschman
KATHRYN A. BLEECKER
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-5958
Fax: (202) 305-2118

September 3, 2004

Attorneys for Defendant