**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ZIP-O-LOG MILLS, INC., dba ZIP-O TIMBER CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1123C<br>(Judge Williams) |

**PLAINTIFF'S MOTION TO SUBSTITUTE ITS ATTORNEY OF RECORD**

Plaintiff Zip-O-Log Mills, Inc., dba Zip-O Timber Co. ("Zip-O Timber") moves to substitute its attorney of record. Zip-O Timber's present attorney of record is Alan I. Saltman, Saltman & Stevens, P.C., 1801 K Street, N.W., Suite M-110, Washington, D.C. 20006, (202) 452-2140. Zip-O Timber moves to have its attorney of record changed to Gary G. Stevens, Saltman & Stevens, P.C., 1801 K Street, N.W., Suite M-110, Washington, D.C. 20006, (202) 452-2140. Filed herewith are an affidavit of appointment by Gary G. Stevens and a consent to appointment by Alan I. Saltman.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

OF COUNSEL:

Gary G. Stevens
Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: September 20, 2004

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ZIP-O-LOG MILLS, INC., dba<br>ZIP-O TIMBER CO.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1123C<br>(Judge Williams) |

**AFFIDAVIT OF APPOINTMENT BY GARY G. STEVENS**

I, Gary G. Stevens, do hereby solemnly swear that the following statements are true and accurate to the best of my knowledge and belief.

1. I am an attorney at the law firm Saltman & Stevens, P.C., 1801 K Street, N.W., Suite M-110, Washington, D.C. 20006.

2. Plaintiff Zip-O-Log Mills, Inc., dba Zip-O Timber Co. ("Zip-O Timber") has consented to change its attorney of record from Alan I. Saltman, Saltman & Stevens, P.C., 1801 K Street, N.W., Suite M-110, Washington, D.C. 20006, (202) 452-2140 to Gary G. Stevens, Saltman & Stevens, P.C., 1801 K Street, N.W., Suite M-110, Washington, D.C. 20006.

3. Alan I. Saltman has consented to Zip-O Timber changing its attorney of record from Alan I. Saltman to Gary G. Stevens.

I hereby swear under penalty of perjury that the foregoing affidavit is true and correct to the best of my knowledge and belief.

Date: September 20, 2004

Gary G. Stevens

STATE OF Washington )
) ss.
County of Dist. of Columbia )

Subscribed and sworn to before me this 20th day of September, 2004.

Wm C. Cook
Notary Public for the State of Dist. of Columbia
Residing at: 1901 K St. NW, DC 20006
My Commission Expires: 6/14/09

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZIP-O-LOG MILLS, INC., dba ZIP-O TIMBER CO. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1123C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**CONSENT TO APPOINTMENT**

I, Alan I. Saltman, of the law firm Saltman & Stevens, P.C. hereby consent to plaintiff Zip-O-Log Mills, Inc. dba Zip-O Timber Co. changing its attorney of record from Alan I. Saltman to Gary G. Stevens, Saltman & Stevens, P.C., 1801 K Street, N.W., Suite M-110, Washington, D.C. 20006.

Date: September 20, 2004

Alan I. Saltman