IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZIP-O-LOG MILLS, INC., dba<br>ZIP-O TIMBER CO.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1123C<br>(Judge Williams) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE A JOINT PRELIMINARY STATUS REPORT**

The answer in this action was filed on October 7, 2004 and the joint preliminary status report (JPSR) is currently due on November 29, 2004, the Monday after Thanksgiving. For the reasons set forth below, plaintiff respectfully requests an enlargement of time of forty-six (46) days to and including January 14, 2005 within which a joint preliminary status report must be filed on behalf of both parties. Defendant's counsel of record consents to this motion.

Plaintiff's counsel of record is leaving the United States and is not due to return until the first week of December. Immediately upon his return, plaintiff's counsel must prepare for and participate in oral argument on plaintiffs' revised motion to compel in *Blue Lake et al. v. United States*, CoFC No. 01-570C. Thereafter during the month of December plaintiff's counsel is already fully committed to matters on behalf of several clients and because of the December-January holidays several representatives of plaintiff whose participation is essential for

completion of the JPSR will not be available. Accordingly, plaintiff requests an enlargement of time within which the parties must submit their JPSR to and including January 14, 2005.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 (facsimile)

Counsel for Plaintiff

Dated: November 16, 2004