# In the United States Court of Federal Claims

**No. 04-1123C**
**(Filed November 18, 2004)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **ZIP-O-LOG MILLS, INC., dba** | * |
| **ZIP-O TIMBER CO.** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

On November 16, 2004 Plaintiff filed a consent motion for an enlargement of time of forty-six (46) days to and including **Friday, January 14, 2005**, within which to file a joint preliminary status report. Defendant's counsel of record consents to this motion. Good cause having been shown this motion is **GRANTED**.

**/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**