# In the United States Court of Federal Claims

**No. 04-1123C**
**(Filed June 27, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ZIP-O-LOG MILLS, INC., dba**
**ZIP-O TIMBER CO.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

On June 20, 2005, the Court held a telephonic conference with the parties to discuss the parties' Joint Preliminary Status Report. Pursuant to the discussion, the Court will bifurcate this matter with regard to liability and damages. In accordance with the representations made at the conference, the Court schedules the following:

1. **Fact Discovery**. Fact discovery has commenced as Plaintiff has served Defendant with document requests and interrogatories. Defendant served its responses to Plaintiff's discovery demands on June 9, 2005. Defendant will produce documents and its privilege log to Plaintiff on **July 1, 2005.** Fact discovery will conclude on **December 9, 2005.**

2. **Expert Discovery**. The deadline for expert identifications and reports shall be **December 2, 2005**. Rebuttal reports will be due by **January 13, 2006,** and the deadline for

completion of all discovery is **February 14, 2006.**

**IT IS SO ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**