IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ZIP-O LOG MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1123C |
| | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Gregory T. Jaeger as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Gregory T. Jaeger
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Attention Classification Unit
8th Floor, "L" Street Bldg.

Dated: September 15, 2005

/s/Gregory T. Jaeger

Gregory T. Jaeger
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 353-7955
Fax: (202) 353-7988

CERTIFICATE OF FILING

I hereby certify that on September 15, 2005, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger