**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZIP-O-LOG MILLS, INC., dba<br>ZIP-O TIMBER CO.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1123C<br>(Judge Williams) |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Zip-O-Log Mills, Inc. d/b/a Zip-O Timber Co. respectfully requests that the Court amend the June 22, 2005 Scheduling Order as set forth herein.

The parties need additional time to complete discovery with regard to liability in this case. Since the Court issued the Scheduling Order, defendant responded to plaintiff's first set of document requests and produced a privilege log and plaintiff notified defendant of certain deficiencies which plaintiff perceived in defendant's initial discovery responses. The parties exchanged correspondence about plaintiff's concerns but those concerns have not yet been resolved. Additionally, defendant assigned new counsel of record to this matter. Most recently, on October 24, 2005 plaintiff served a second set of interrogatories and request for production of documents on defendant. Plaintiff subsequently agreed to defendant's request to extend the due date for defendant's responses from November 28, 2005 to December 16, 2005. Additionally, this case involves some common issues of fact with the Blue Lake Forest Products, Inc., et al. v.

United States, Nos. 01-570C, 01-627C and 04-501C, cases currently pending before the Court. Resolution of the parties' long-standing discovery dispute in that case is necessary before the parties in this case can identify experts and prepare expert reports, if any, and complete discovery on liability. For all of these reasons, plaintiff asks the Court to amend the Scheduling Order to allow additional time as follows:

Fact discovery will conclude on April 7, 2006;

The deadline for expert identifications and reports shall be May 5, 2006;

Rebuttal reports will be due by June 9, 2006; and

The deadline for completion of discovery with regard to liability is July 14, 2006.

Counsel for defendant has reviewed the contents of this motion and has authorized plaintiff to state that defendant concurs.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 (facsimile)

Counsel for Plaintiff

OF COUNSEL:
Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: November 21, 2005