# In the United States Court of Federal Claims

**No. 04-1123C**
**(Filed December 2, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ZIP-O-LOG MILLS, INC., dba** *
**ZIP-O TIMBER CO.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION AMENDING SCHEDULING ORDER

On November 21, 2005, Plaintiff filed an unopposed motion to amend the June 22, 2005, scheduling order. Good cause having been shown, the scheduling order in this matter is amended as follows:

| | | |
|---|---|---|
| 1. | **April 7, 2006** | Conclusion of fact discovery. |
| 2. | **May 5, 2006** | Deadline for expert identifications and reports. |
| 3. | **June 9, 2006** | Deadline for rebuttal reports. |
| 4. | **July 14, 2006** | Deadline for completion of discovery with regard to liability. |

It is so **ORDERED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**