**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZIP-O-LOG MILLS, INC., dba<br>ZIP-O TIMBER CO.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1123C<br>(Judge Williams) |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Zip-O-Log Mills, Inc. d/b/a Zip-O Timber Co. respectfully requests that the Court amend the December 2, 2005 Scheduling Order as set forth herein.

The parties need additional time to complete discovery with regard to liability in this case. Since the Court issued the Scheduling Order, defendant responded to plaintiff's second set of interrogatories in February 2006 and responded to plaintiff's previously expressed concerns regarding certain deficiencies which plaintiff perceived in defendant's initial discovery responses. Plaintiff's concerns have not yet been resolved in their entirety, although defendant has agreed to search for responsive information and documents from some government agencies which defendant had not previously searched. That search has not yet been completed. Additionally, defendant has not yet produced to plaintiff the documents responsive to plaintiff's second request for documents. Further, plaintiff's counsel of record was unexpectedly hospitalized in February and has not yet returned to work. Mr. Stevens is currently recuperating

at home and we expect him back in the office in April. Finally, this case involves some common issues of fact with the Blue Lake Forest Products, Inc., et al. v. United States, Nos. 01-570C, 01-627C and 04-501C, cases currently pending before the Court. Resolution of the parties' long-standing discovery dispute in that case is necessary before the parties in this case can identify experts and prepare expert reports, if any, and complete discovery on liability. For all of these reasons, plaintiff asks the Court to amend the Scheduling Order to allow additional time as follows:

(1) Fact discovery will conclude on October 6, 2006;

(2) The deadline for expert identifications and reports shall be November 6, 2006;

(3) Rebuttal reports will be due by December 6, 2006; and

(4) The deadline for completion of discovery with regard to liability is January 12, 2007.

We have contacted counsel for defendant who has authorized plaintiff to state that defendant does not oppose this motion.

Respectfully submitted,

Of Counsel:
Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 (facsimile)

s/Gary G. Stevens by Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 (facsimile)

Dated: March 28, 2006

Counsel for Plaintiff