# In the United States Court of Federal Claims

**No. 04-1123C**
**(Filed March 29, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **ZIP-O-LOG MILLS, INC., dba** | * |
| **ZIP-O TIMBER CO.** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

---

On March 28, 2006, Plaintiff filed an unopposed motion to amend the December 2, 2005 scheduling order. Good cause having been shown, the scheduling order in this matter is amended as follows:

| | | |
|---|---|---|
| 1. | **October 6, 2006** | Conclusion of fact discovery. |
| 2. | **November 6, 2006** | Deadline for expert identifications and reports. |
| 3. | **December 6, 2006** | Deadline for rebuttal reports. |
| 4. | **January 12, 2007** | Deadline for completion of discovery with regard to liability. |

It is so **ORDERED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**