IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ZIP-O-LOG MILLS, INC., dba ZIP-O TIMBER CO.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1123C<br>(Judge Williams) |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Zip-O-Log Mills, Inc. d/b/a Zip-O Timber Co. respectfully requests that the Court amend the March 29, 2006 Scheduling Order as set forth herein.

The parties need additional time to complete discovery with regard to liability in this case. Since the Court issued the Scheduling Order, in response to plaintiff's previously expressed concerns regarding certain deficiencies which plaintiff perceived in defendant's initial discovery response, defendant has searched for responsive information and documents from some government agencies which defendant had not previously searched. Defendant has represented to plaintiff that it has additional responsive information and documents, including documents responsive to plaintiff's second request for documents, but defendant has not yet made these materials available to plaintiff. Defendant has represented to plaintiff that it intends to make these materials available to plaintiff within the next several weeks. After completing its review and analysis of these materials, plaintiff intends to begin taking necessary deposition discovery.

Additionally, this case involves some common issues of fact with the Blue Lake Forest Products, Inc., et al. v. United States, Nos. 01-570C, 01-627C and 04-501C, cases currently pending before the Court. Resolution of the parties' long-standing discovery dispute in that case is necessary before the parties in this case can identify experts and prepare expert reports, if any, and complete discovery on liability. For these reasons, plaintiff asks the Court to amend the Scheduling Order to allow additional time as follows:

(1) Fact discovery will conclude on April 11, 2007;

(2) The deadline for expert identifications and reports shall be May 11, 2007;

(3) Rebuttal reports will be due by June 11, 2007; and

(4) The deadline for completion of discovery with regard to liability is July 11, 2007.

We have contacted counsel for defendant who has authorized plaintiff to state that defendant does not oppose the relief sought in this motion.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Counsel for Plaintiff

Of Counsel:
Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Dated: October 4, 2006