# In the United States Court of Federal Claims

**No. 04-1123C**
**(Filed October 5, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ZIP-O-LOG MILLS, INC., dba** *
**ZIP-O TIMBER CO.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

---

On October 4, 2006, Plaintiff filed an unopposed motion to amend the March 29, 2006, scheduling order. Good cause having been shown, the scheduling order in this matter is amended as follows:

| | | |
|---|---|---|
| 1. | **April 11, 2007** | Conclusion of fact discovery. |
| 2. | **May 11, 2007** | Deadline for expert identifications and reports. |
| 3. | **June 11, 2007** | Deadline for rebuttal reports. |
| 4. | **July 11, 2007** | Deadline for completion of discovery with regard to liability. |

It is so **ORDERED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**