**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZIP-O-LOG MILLS, INC., dba<br>ZIP-O TIMBER CO.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1123C<br>(Judge Williams) |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Zip-O-Log Mills, Inc. d/b/a Zip-O Timber Co. respectfully requests that the Court amend the October 5, 2006 Scheduling Order as set forth herein.

The parties need additional time to complete discovery with regard to liability in this case. Since the Court issued the Scheduling Order, in response to plaintiff's previously expressed concerns regarding certain deficiencies which plaintiff perceived in defendant's initial discovery response, defendant has searched for responsive information and documents from some government agencies which defendant had not previously searched. Two weeks ago, defendant produced additional information and documents to plaintiff. Plaintiff is currently in the process of analyzing this recently produced information and documentation.

Additionally, this case involves some common issues of fact with the Blue Lake Forest Products, Inc., et al. v. United States, Nos. 01-570C, 01-627C and 04-501C, cases currently

pending before the Court. Production of documents by the government in that case is necessary before the parties in this case can complete discovery on liability. For these reasons, plaintiff asks the Court to amend the Scheduling Order to allow additional time as follows:

(1) Fact discovery will conclude on October 12, 2007;

(2) The deadline for expert identifications and reports shall be November 13, 2007;

(3) Rebuttal reports will be due by December 13, 2007; and

(4) The deadline for completion of discovery with regard to liability is January 14, 2008.

We have contacted counsel for defendant who has authorized plaintiff to state that defendant does not oppose the relief sought in this motion.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Counsel for Plaintiff

OF COUNSEL:

Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Dated: April 6, 2007