# In the United States Court of Federal Claims

**No. 04-1123C**
**(Filed: April 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ZIP-O-LOG MILLS, INC., dba** *
**ZIP-O TIMBER CO.** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

---

On April 6, 2007, Plaintiff filed an unopposed motion to amend the October 5, 2006 scheduling order. Good cause having been shown, the scheduling order in this matter is amended as follows:

| | | |
|---|---|---|
| 1. | **October 12, 2007** | Conclusion of fact discovery. |
| 2. | **November 13, 2007** | Deadline for expert identifications and reports. |
| 3. | **December 13, 2007** | Deadline for rebuttal reports. |
| 4. | **January 14, 2008** | Deadline for completion of discovery with regard to liability. |

It is so **ORDERED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**