**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ZIP-O-LOG MILLS, INC., dba ZIP-O TIMBER CO. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1123C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Zip-O-Log Mills, Inc. d/b/a Zip-O Timber Co. respectfully requests that the Court amend the April 10, 2007 Scheduling Order as set forth herein.

The parties need additional time to complete discovery with regard to liability in this case. Since the Court issued the Scheduling Order, in response to plaintiff's previously expressed concerns regarding certain deficiencies which plaintiff perceived in defendant's initial discovery responses, defendant has produced responsive documents from some government agencies which defendant had not previously searched. Plaintiff is still awaiting defendant's response to a few outstanding issues related to defendant's response that plaintiff has raised. Additionally, this case involves some common issues of fact with the Blue Lake Forest Products, Inc., et al. v. United States, Nos. 01-570C, 01-627C and 04-501C, cases currently pending before the Court. The parties have recently completed discovery on liability in those cases. Plaintiff has awaited completion of discovery in the Blue Lake cases so as not to duplicate that discovery in this case. If the parties are unable to resolve their dispute in this case, plaintiff will need to

conduct some additional discovery before the discovery deadline. Finally, the parties have had some preliminary settlement discussions which they believe may lead to resolution of this case without the need for further involvement by the Court. For these reasons, plaintiff asks the Court to amend the Scheduling Order to allow additional time as follows:

(1) Fact discovery will conclude on April 15, 2008;

(2) The deadline for expert identifications and reports shall be May 15, 2008;

(3) Rebuttal reports will be due by June 16, 2008; and

(4) The deadline for completion of discovery with regard to liability is July 18, 2008.

We have contacted counsel for defendant who has authorized plaintiff to state that defendant does not oppose the relief sought in this motion.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Counsel for Plaintiff

OF COUNSEL:
Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Dated: October 5, 2007