**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ZIP-O-LOG MILLS, INC., dba<br>ZIP-O TIMBER CO.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1123C<br>(Judge Williams) |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiff Zip-O-Log Mills, Inc. d/b/a Zip-O Timber Co. respectfully requests that the Court amend the October 9, 2007 Scheduling Order as set forth herein.

The parties need additional time to complete discovery with regard to liability in this case. Since the Court issued the Scheduling Order, in response to plaintiff's previously expressed concerns regarding certain deficiencies which plaintiff perceived in defendant's initial discovery responses, defendant has produced responsive documents from some government agencies which defendant had not previously searched. Plaintiff continues to await defendant's response to a few outstanding issues related to defendant's response that plaintiff has raised. Additionally, on March 17, 2008, plaintiff received Defendant's First Set of Interrogatories and Request for Production of Documents. If the parties are unable to resolve their dispute in this case, plaintiff will need additional time to respond to defendant's newly propounded discovery and to conduct some additional discovery of its own before the discovery deadline. Finally, the

parties have had some preliminary settlement discussions which they believe may lead to resolution of this case without the need for further involvement by the Court. For these reasons, plaintiff asks the Court to amend the Scheduling Order to allow additional time as follows:

(1) Fact discovery will conclude on October 15, 2008;

(2) The deadline for expert identifications and reports shall be November 17, 2008;

(3) Rebuttal reports will be due by December 17, 2008; and

(4) The deadline for completion of discovery with regard to liability is January 19, 2009.

We have contacted counsel for defendant who has authorized plaintiff to state that defendant does not oppose the relief sought in this motion.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Counsel for Plaintiff

OF COUNSEL:
Ruth G. Tiger
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
(202) 775-8217 - facsimile

Dated: April 8, 2008