# In the United States Court of Federal Claims

**No. 04-1123C**
**(Filed April 9, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**ZIP-O-LOG MILLS, INC., dba** *
**ZIP-O TIMBER CO.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

---

On April 8, 2008, Plaintiff filed an unopposed motion to amend the October 9, 2007 scheduling order. Good cause having been shown, the scheduling order in this matter is amended as follows:

1. **October 15, 2008** Conclusion of fact discovery.
2. **November 17, 2008** Deadline for expert identifications and reports.
3. **December 17, 2008** Deadline for rebuttal reports.
4. **January 20, 2009** Deadline for completion of discovery with regard to liability.

It is so **ORDERED.**

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**