# In the United States Court of Federal Claims

**No. 04-1123C**
**(Filed March 24, 2010)**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                      *
ZIP-O-LOG MILL, INC., d/b/a,          *
       ZIP-O TIMBER CO.,              *
                                      *
              Plaintiff,              *
                                      *
         v.                           *
                                      *
THE UNITED STATES,                    *
                                      *
              Defendant.              *
                                      *
* * * * * * * * * * * * * * * * * * * * * * * ** * * * *
```

---

## SCHEDULING ORDER

---

     In accordance with the agreement of the parties, the Government shall provide the final decision of the Contracting Officer, Mr. Mike Mullin, on the amended claim relating to termination, on or before **April 5, 2010**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

1